IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

      Plaintiff,                    No. 2:11-cv-2994 JAM CKD PS

     vs.

DEREK ALBERT BARKSDALE et al.,

      Defendants.           <u>ORDER</u>

_____/

        On April 13, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed. Accordingly, the court presumes any findings of fact are correct. <u>See</u> <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations (dkt. no. 10) are adopted in full.

        2. Defendant Thompson's motion to dismiss (dkt. no. 7) is denied. Although the

magistrate judge also recommended that defendant Thompson be required to answer plaintiff's complaint within fourteen (14) days of the date of service of this order, it appears that defendant Thompson has already filed an answer on May 1, 2012.

DATED: June 22, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE