IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

        Plaintiff,                     No. 2:11-cv-2994 JAM CKD PS

       vs.

MICHAEL ANTHONY THOMPSON,

        Defendant.              <u>ORDER</u>

_____/

        On June 22, 2012, this court issued an order setting a status (pre-trial scheduling) conference before the undersigned on August 29, 2012 at 10:00 a.m. (Dkt. No. 20.) The order required parties to file status reports (preferably, a joint status report) not later than fourteen (14) days prior to the status conference. (Dkt. No. 20.) Although that deadline has now passed, neither party has filed a status report.

        Therefore, the status conference currently set for August 29, 2012 will be vacated and reset for September 26, 2012 at 10:00 a.m. The parties shall file status reports, preferably a joint status report, no later than September 12, 2012. The parties are hereby cautioned that any future failure to comply with court deadlines will result in the imposition of any appropriate sanctions, including a recommendation that this action be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute the action and failure to comply with court orders.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The status (pre-trial scheduling) conference currently set for August 29, 2012 is VACATED and RESET for September 26, 2012 at 10:00 a.m. in Courtroom No. 26 before the undersigned.

      2. The parties shall file status reports (preferably, a joint status report) no later than September 12, 2012.

Dated: August 20, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

J&J.2994.statusreport.wpd