IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

      Plaintiff,

vs.                                    No. 2:11-cv-2994 JAM CKD PS

DEREK ALBERT BARKSDALE, et al.        <u>ORDER</u>

      Defendants.
_____/

A scheduling conference was held in this matter on September 26, 2012. Counsel for plaintiff, Thomas Riley, appeared by phone while defendant Michael Thompson appeared in person before the court. The parties have reached a settlement agreement in this matter.

It is hereby ORDERED that the parties file all dispositional documents relating to the settlement no later than October 3, 2012.

Dated: September 28, 2012

                                                     _____
                                                     CAROLYN K. DELANEY
                                                     UNITED STATES MAGISTRATE JUDGE

ckd9