Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., | CASE NO. 2:11-cv-02994-JAM-CKD |
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MICHEAL ANTHONY THOMPSON, individually and d/b/a HAVANA SOL RESTAURANT |
| vs. | |
| Derek Albert Barksdale, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant MICHEAL ANTHONY THOMPSON, individually and d/b/a HAVANA SOL RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against MICHEAL ANTHONY THOMPSON, individually and d/b/a HAVANA SOL RESTAURANT.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by November 15, 2012, the dismissal shall be deemed to be **with prejudice**.

///

///

///

///

STIPULATION OF DISMISSAL
PAGE 1

PDF created with pdfFactory trial version www.pdffactory.com

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: October 3, 2012    *s/ Thomas P. Riley*
                          **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                          By:  Thomas P. Riley
                          Attorneys for Plaintiff
                          J & J SPORTS PRODUCTIONS, INC.

Dated: October 3, 2012    *s/ Micheal Anthony Thompson*
                          **MICHEAL ANTHONY THOMPSON**
                          Individually and d/b/a HAVANA SOL RESTAURANT
                          Defendant

**IT IS SO ORDERED**:

/s/ John A. Mendez          Dated:  10/3/2012
**The Honorable John A. Mendez**
**United States District Court**
**Eastern District of California**

**STIPULATION OF DISMISSAL**
**PAGE 2**

PDF created with pdfFactory trial version www.pdffactory.com