Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.,** | **CASE NO. 2:11-cv-02994-JAM-CKD** |
| **Plaintiff,** | **STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MICHEAL ANTHONY THOMPSON, individually and d/b/a HAVANA SOL RESTAURANT** |
| **vs.** | |
| **Derek Albert Barksdale, et al.,** | |
| **Defendants.** | |

    **IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant MICHEAL ANTHONY THOMPSON, individually and d/b/a HAVANA SOL RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against MICHEAL ANTHONY THOMPSON, individually and d/b/a HAVANA SOL RESTAURANT.

    **IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by November 15, 2012, the dismissal shall be deemed to be **with prejudice**.

///

///

///

///

**STIPULATION OF DISMISSAL**
**PAGE 1**

PDF created with pdfFactory trial version www.pdffactory.com

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: October 3, 2012

*s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: October 3, 2012

*s/ Micheal Anthony Thompson*
**MICHEAL ANTHONY THOMPSON**
Individually and d/b/a HAVANA SOL RESTAURANT
Defendant

**IT IS SO ORDERED**:

/s/ John A. Mendez                              Dated:  10/3/2012
**The Honorable John A. Mendez**
**United States District Court**
**Eastern District of California**

**STIPULATION OF DISMISSAL**
**PAGE 2**